## THIRD DISTRICT.

---

Edward Gross, defendant in error, v. William W. Wheelock et al., plaintiffs in error. Gen. No. 7,838.

Action to recover damages for personal injuries. Judgment for plaintiff. Error to the Circuit Court of Pike county; the Hon. Harry

Higbee, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed March 8, 1926.

William Mumford, Barry Mumford, Silas H. Strawn and William L. Patton, for plaintiffs in error. Strubinger & Strubinger and Williams & Williams, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.